[No. 52030-0-I.   Division One.   April 5, 2004.]

DONALD B. OLSON, *Appellant*, v. ALL WEST/SELECT SIRES, *Respondent*.

Appeal from a judgment of the Superior Court for Skagit County, No. 02-2-00407-8, Michael E. Rickert, J., entered February 13, 2003. *Affirmed* by unpublished opinion per Becker, J., concurred in by Grosse and Baker, JJ.